UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANICKA GARN,

           Petitioner,

                                 Misc. S-04-0331 LKK PAN PS

    v.

UNITED STATES OF AMERICA, and      FINDINGS AND RECOMMENDATION
LaVONNE TOBIA, Revenue Officer,
Internal Revenue Service,  et al.

           Respondents.

—oOo—

On October 18, 2004, Anicka Garn, proceeding in pro se, petitioned this court to quash an Internal Revenue Service ("IRS") summons issued September 21, 2004, by LaVonne Tobia, Internal Revenue Service officer, upon Citizens Bank in Boston. The challenged summons sought the October 21 production of financial records of petitioner and her mother, Marcia Doerr.

Petitioner failed to appear at two hearings scheduled by the court for November 10, and November 24, 2004, respectively.

On November 24, the court directed petitioner to show cause in writing by December 16, and in person on January 5, 2005, why sanctions should not be imposed pursuant to Fed. R. Civ. P. 11. Also pending on January 5, was the government's motion to dismiss for lack of subject matter jurisdiction.

On December 16, petitioner filed a motion to dismiss her petition as moot. At the hearing on January 5, petitioner was unable to answer the court's questions concerning the contents of her petition and informed the court the petition had been prepared by her mother, Marcia Doerr. The court deferred ruling on the parties' respective motions to dismiss and directed petitioner to cooperate with the U.S. Marshal in an effort to locate Doerr. The Marshal has since informed the court of petitioner's cooperation.

Accordingly, I hereby recommend plaintiff's motion to dismiss be granted pursuant to Fed. R. Civ. P. 41(a)(2), without imposition of Rule 11 sanctions. The government's motion to dismiss should be denied as moot.

These findings and recommendations are submitted to the Honorable Lawrence K. Karlton, the United States District Judge assigned to this case. 28 U.S.C. § 636(b)(l). Written objections may be filed within ten days after being served with these findings and recommendations. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The failure to file objections within the specified time may waive the right to appeal the District Court's

order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 18, 2005.

                          /s/ Peter A. Nowinski
                          PETER A. NOWINSKI
                          Magistrate Judge