IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANICKA GARN,

        Petitioner,        No. MISC. S-04-0331-LKK-PAN-PS

    v.

UNITED STATES OF AMERICA, et al.,        ORDER

        Respondents.

_____/

        This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On May 19, 2005, Judge Nowinski recommended that plaintiff's motion to dismiss be granted.  No objections to the findings and recommendation have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the

////

magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendations filed May 19, 2005, are adopted in full;

    2.  Plaintiff's motion to dismiss is granted pursuant to Fed. R. Civ. P. 41(a)(2), without imposition of Rule 11 sanctions; and

    3.  The government's motion to dismiss is denied as moot.

DATED:  August 16, 2005.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/garn.jo

2